UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

IN RE: CASE NO. 10-04042 -3G7

PASCHALL, MICHAEL LEE

_____ Debtor(s) _____

# REPORT AND NOTICE OF TRUSTEE'S
# INTENTION TO SELL PROPERTY OF THE ESTATE

TO: THE CREDITORS OF THE ABOVE-NAMED DEBTOR AND OTHER INTERESTED PARTIES:

> **NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within twenty (20) days from the date of service of this paper. Objection should be filed with Clerk, U.S. Bankruptcy Court, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and a copy thereof served on the undersigned Trustee at his indicated address. Objection must be filed with the Clerk within twenty (20) days from the date of mailing of this Notice by the Bankruptcy Court.
>
> If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested

Please take notice that the Trustee intends to sell all of the Estate's right, title and interest in the following described property: located in Wise County, Texas:

Lease: 174360   Type: REAL   Owner #: 378
Legal: NASH-BILLINGSLEY #2, DEVON ENERGY PROD CO
       A-176 N CARLIN, L# Q4360-O# 378-RI
Access: 338.880
 .000777        Royalty Interest
Category:       G1      MIN. - PRODUCING OIL & GAS
Railroad #:     115747

to JOHN A. PALUMBO.

The Trustee considers this to be in the best interest of the estate for the following reasons:

1. The sale is for the sum of $1,000.00.

2. The proposed sale can be accomplished without the estate incurring any costs of advertising, realtor's or auctioneer's fees.

3. This sale is subject to any liens, mortgages, taxes and encumbrances of any kind, whether of record or not.

4. The property was appraised by the Wise County Appraisal District in 2010 for $490.00. the property is an interest in an oil and gas lease and produces an annual income of approximately $100.00 per year.

The estate reserves the right, without penalty, to withdraw this offer of sale at any time. Any funds, bids or deposits received by the Trustee prior to the expiration of the 20 day objection period shall be held in trust pending completion of the sale. This sale shall not become final until after the expiration of the 20 day objection period set forth below and/or a favorable disposition of any objections to the sale filed as outlined below.

The Trustee will entertain any higher bid for the purchase of the property described above.  Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price.  Any higher bid must be received by the Trustee at the address listed below no later than the close of business twenty (20) days from the date of mailing as indicated below.  If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the Trustee can arrange such an auction.

Written objections to this report, if any, are to be filed with the Clerk, U.S. Bankruptcy Court, Middle District of Florida, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and a copy thereof served on the undersigned Trustee at his indicated address.  Unless written objection are filed with the Clerk within twenty (20) days from the date of mailing of this Notice, the Trustee will make this sale.

DATED:  June 16, 2011

ALEXANDER G. SMITH, P.A.

*/s/ Alexander G. Smith*
ALEXANDER G. SMITH
FL. Bar ID #140323
Chapter 7 Trustee
2601 University Blvd. West
Jacksonville, FL 32217
(904) 733-3822

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

IN RE:                                                  CASE NO. 10-04042 -3G7

PASCHALL, MICHAEL LEE

               Debtor(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Notice of Intention to Sell has been furnished to all creditors and interested parties listed on the attached matrix on this 16th day of June, 2011.

*/s/ Alexander G. Smith*
ALEXANDER G. SMITH, TRUSTEE
Fla. Bar ID #140323
2601 University Blvd. West
Jacksonville, FL 32217
(904) 733-2000